No. 1048. Klepper et al. v. Manufacturers Life Insurance Co. et al. C. A. 3d Cir. Certiorari denied. *Andrew J. Dritsas* and *Albert Barnett Klepper* for petitioners. *Nicholas Conover English* for the Manufacturers Life Insurance Co., respondent.

No. 1053. Harte-Hanks Newspapers et al. v. United States. C. A. 5th Cir. Certiorari denied. *Dan Moody* for petitioners. *Solicitor General Rankin, Assistant Attorney General Hansen* and *Daniel M. Friedman* for the United States.

No. 354, Misc. Williams v. Michigan. Supreme Court of Michigan. Certiorari denied. Petitioner *pro se*. *Paul L. Adams,* Attorney General of Michigan, and *Samuel J. Torina,* Solicitor General, for respondent.

No. 656, Misc. Tipton v. Dickson, Warden, et al. Supreme Court of California. Certiorari denied. Petitioner *pro se*. *Edmund G. Brown,* Attorney General of California, *Clarence A. Linn,* Assistant Attorney General, and *Arlo E. Smith,* Deputy Attorney General, for respondents.

No. 1045. Johnson Fare Box Co. v. Doyle, Trustee in Reorganization, et al. C. A. 2d Cir. Certiorari denied. *Joseph Lorenz* for petitioner. *Edward D. Burns* for Doyle, respondent.

No. 709, Misc. Kendrick v. United States. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se*. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.